IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL HOLMES                                                               PLAINTIFF

v.                                                                    No. 4:12CV56-SA-JMV

BEVERLY SHELLY                                                              DEFENDANTS

FINAL JUDGMENT GRANTING MOTION [24] BY
THE DEFENDANTS FOR SUMMARY JUDGMENT
IN ACCORDANCE WITH THE COURT'S APRIL 14, 2014
MEMORANDUM OPINION AND FINAL JUDGMENT

This matter comes before the court on the court's order [33] granting the plaintiff's motion [32] for the court to reconsider its decision to grant summary judgment to the defendants. The plaintiff argued that he never received a copy of the defendants' motion for summary judgment and supporting documents, and the court granted his motion to reconsider and extended the deadline for the plaintiff to respond to the motion. The August 11, 2014, deadline for the plaintiff to respond has, however, expired, and the plaintiff has not done so. The matter is ripe for review. For the reasons set forth in the court's April 21, 2014, memorandum opinion and final judgment, the motion [24] by the defendants for summary judgment is **GRANTED**; judgment is **ENTERED** for the defendants, and this case is **CLOSED.**

SO ORDERED, this, the 7th day of October, 2014.

 /s/ Sharion Aycock
U.S. DISTRICT JUDGE